KEKER & VAN NEST LLP
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
SHILPI AGARWAL - # 270749
sagarwal@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
LINDA LYE - # 215584
39 Drumm Street
San Francisco, CA  94111
Telephone:     415 621 2493
Facsimile:      415 255 1478

Attorneys for Plaintiff MARK POTTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK POTTS,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF TRINITY; TRINITY COUNTY SHERIFF'S OFFICE; and BRUCE HANEY, Sheriff of Trinity County,<br><br>            Defendants. | Case No. 2:12-cv-01793-JAM-CMK<br><br>**STIPULATED FINAL JUDGMENT**<br><br>Date Filed:  July 6, 2012<br><br>Trial Date: |

Pursuant to Federal Rule of Civil Procedure 58, and the agreement of the parties, the Court hereby enters final judgment in this matter as follows:

**IT IS HEREBY ORDERED** that Defendants County of Trinity, Trinity County Sheriff's Office, and Sheriff Bruce Haney ("Defendants" collectively), their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with Defendants, are hereby restrained and enjoined from interfering with the exercise of constitutional free speech rights of employees of the Trinity County Sheriff's Office. Specifically, Defendants County of Trinity, Trinity County Sheriff's Department, and Sheriff Bruce Haney, their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with Defendants, are hereby **RESTRAINED AND ENJOINED** as follows:

1. Defendants shall permanently expunge the Written Reprimand issued to Mark Potts on February 6, 2012.

2. Defendants shall immediately cease and desist from applying Sections 340.3.5(m) and (aa) and 1058.4(b) and (e) of the Trinity County Sheriff's Office Policy Manual to letters to the editor written by employees of the Trinity County Sheriff's Office, so long as the letters are in the writer's own name; address general policy matters, not specific official actions; and specifically state that the views expressed in the letters are the writer's personal views and not those of the Trinity County Sheriff's Office.  Letters that "address general policy matters" include, but are not limited to, those that comment on the wisdom or propriety of laws, and those that discuss the general role of various agencies or governmental entities or actors in achieving public policy objectives.  Letters that address "specific official actions" include, but are not limited to, those that refer, by name or title, to a particular person employed by the Trinity County Sheriff's Office, and those that identify a particular investigation or enforcement effort in which the Trinity County Sheriff's Office is or has engaged.

3. Defendants shall deliver to Plaintiff's counsel payment in the amount of ONE HUNDRED AND TWENTY THOUSAND DOLLARS ($120,000.00) for Plaintiffs' reasonable attorneys' fees and costs.  Payment shall be made to the American Civil Liberties Union Foundation of Northern California within 60 days of the Court's entry of judgment.  Plaintiff

shall make no further demands or claims for attorneys' fees or costs in connection with this matter.

4. No bond is necessary in this case because Defendants' compliance with this injunction would not create a risk of monetary loss.

DATED this 6th day of November, 2012.

/s/ John A. Mendez
John A. Mendez
United States District Court Judge