UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 7, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

Mark Potts

          v.          CASE NUMBER: 2:12-cv-01793-JAM-CMK

County of Trinity, et. al.

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF NOVEMBER 7, 2012.**

**DEFENDANTS ARE ORDERED TO PAY PLAINTIFF'S COUNSEL ONE HUNDRED TWENTY THOUSAND DOLLARS ($120,000.00) FOR PLAINTIFF'S REASONABLE ATTORNEYS' FEES AND COSTS.**

                                                Victoria C. Minor,
                                                Clerk of the Court

ENTERED:   November 7, 2012

                                                 by: //s// G. Michel
                                                     Deputy Clerk